UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATITUDE FUNDING, LLC,<br>a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>LANDS CENTRAL LLC, a Wyoming Limited Liability Company, and WISHTASB KUSHESH, an individual,<br><br>Defendants. | Case No. 8:22-cv-01803-DOC-JDE<br><br>STIPULATED FINAL JUDGMENT |

In view of the stipulation by and between Plaintiff Latitude Funding LLC and Defendants Wishtasb Kushesh and Lands Central LLC, and pursuant to Federal Rules of Civil Procedure Rule 54, final judgment is entered against Defendants Wishtasb Kushesh and Lands Central LLC as follows:

1. This Court has jurisdiction over the subject matter and the parties pursuant to 28 U.S.C. §§ 1331, 1338, and 1367(a).
2. Venue in this matter is proper.
3. The Complaint states claims upon which relief may be granted against Defendants Wishtasb Kushesh and Lands Central LLC. [ECF 1].

4. Plaintiff Latitude Funding LLC is the owner of the trademarks identified in the Complaint including the LAND CENTRAL mark. [ECF 1].

5. Defendants Wishtasb Kushesh and Lands Central LLC infringed Plaintiff's trademarks by reason of Defendants' use of "Lands Central" on the website at <landscentral.com>.

6. The parties are to bear their own costs and attorneys' fees.

IT IS ORDERED that judgment is hereby entered in favor of Plaintiff Latitude Funding LLC against Defendants Wishtasb Kushesh and Lands Central LLC.

IT IS ORDERED that Defendants Wishtasb Kushesh and Lands Central LLC, and their employees, agents, and all persons acting under their direction, control, or with their permission, shall be permanently enjoined from using "Lands Central" or otherwise infringing Plaintiff's LAND CENTRAL trademarks, and shall transfer the <landscentral.com> domain to Plaintiff Latitude Funding LLC.

IT IS FURTHER ORDERED that this final judgment resolves all claims in this action, and this Court shall retain jurisdiction of this matter for the enforcement of compliance therewith.

Entered: March 14, 2023

*David O. Carter*
_____
Honorable David O. Carter
U.S. District Court Judge